**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| G.V. HOMES, INC. | : | No. 268 EAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| STEVE A. FREMPONG AND AGNES | : | |
| FREMPONG AND JOHN DOES NO 1 TO 3 | : | |
| | : | |
| | : | |
| PETITION OF: STEVE A. FREMPONG | : | |
| AND AGNES FREMPONG | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.